JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax:  (415) 436-7234
    Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MOLLY ROSE KATZEFF, ) <br> ) <br>     Defendant. ) <br> ) | CR No. 09-0754 MAG <br><br> STIPULATION AND <u>ORDER EXCLUDING TIME</u> UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 3, 2009, TO OCTOBER 28, 2009 |

On September 3, 2009, the parties in this case appeared before the Honorable Bernard Zimmerman for an initial appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from September 3, 2009 to October 28, 2009 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties

//
//
//
//

also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED:  9/11/09                         _____/s/_____
                                            ACADIA SENESE
                                            Special Assistant United States Attorney

DATED:  9/8/09                           _____/s/_____
                                            RON TYLER
                                            Attorney for Molly Katzeff

    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August 13, 2009, to October 28, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED:  September 14, 2009            _____
                                            THE HON.
                                            United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*