1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MOLLY KATZEFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0754 MAG |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) ) | |
| MOLLY KATZEFF, | ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION**

The parties are scheduled to appear before this Court on October 28, 2009 at 1:30 p.m. for a status hearing. The reason for the continuance is defense counsel has another appearance in Oakland and requests that this mattered be continued to November 25, 2009. The next available court date for all parties is November 25, 2009. The government has no objection to this request.

The parties also agree that the time between October 28, 2009 and November 25, 2009 should be excluded under the Speedy Trial Act. The continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

STIPULATION AND [PROPOSED] ORDER
*U.S. v. Molly Katzeff*
CR 09-0754 MAG                           - 1 -

|   |   |
|---|---|
| 1 | justice served by granting such a continuance outweigh the best interests of the public and the |
| 2 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |
| 3 | SO STIPULATED: |
| 4 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 6 |   |
| 7 | DATED: October 27, 2009    /s/<br>ACADIA SENESE<br>Special Assistant United States Attorney |
| 9 |   |
| 10 | DATED: October 27, 2009    /s/<br>RONALD C. TYLER<br>Assistant Federal Public Defender |
| 11 | Counsel for Molly Katzeff |
| 12 | **[PROPOSED] ORDER** |

13   For the reasons stated above, the Court finds that the continuance of time for the next hearing **at 8:45 a.m.**
14 before this court from October 28, 2009 to November 25, 2009 is warranted because the failure to
15 grant the requested continuance would deny the defendant effective preparation and continuity of
16 counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public
17 and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

19 SO ORDERED.

22 DATED: _Oct. 27, 2009_   _____
THE HONORABLE BERNARD ZIMMERMAN
23                                                      United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
*U.S. v. Molly Katzeff*
CR 09-0754 MAG                             - 2 -