| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | RONALD C. TYLER |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant MOLLY KATZEFF |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0754 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|   | ) | ORDER CONTINUING STATUS |
| v. | ) | HEARING EXCLUDING TIME |
|   | ) | UNDER 18 U.S.C. § 3161 |
| MOLLY KATZEFF, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties are scheduled to appear before this Court on November 25, 2009 at 8:45 a.m. for a status hearing. Defense counsel will be on leave on the currently set date and requests that this mattered be continued to December 9, 2009. The next available court date for all parties is December 9, 2009. The government has no objection to this request.

The parties also agree that the time between November 25, 2009 and December 9, 2009 should be excluded under the Speedy Trial Act. The continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

STIPULATION AND [PROPOSED] ORDER
*U.S. v. Molly Katzeff*
CR 09-0754 MAG

justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO  
                                      United States Attorney

DATED:  November 9, 2009           /s/  
                                        ACADIA SENESE  
                                        Special Assistant United States Attorney

DATED:  November 9, 2009           /s/  
                                        RONALD C. TYLER  
                                        Assistant Federal Public Defender  
                                        Counsel for Molly Katzeff

## ~~[PROPOSED]~~ ORDER

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from November 25, 2009 to December 9, 2009 at 1:30 p.m. is warranted because the failure to grant the requested continuance would deny the defendant effective preparation and continuity of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED:  November 12, 2009                                     
                                        HONORABLE BERNARD ZIMMERMAN  
                                        United States Magistrate Judge